UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE JACKSON, | Case No. 3:25-cv-00066-ART-CLB |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Plaintiff filed a motion to accept mail-in exhibits (ECF No. 16) and a motion to clarify (ECF No. 20).

The Court denies in part and grants in part the motion to accept mail-in exhibits (ECF No. 16). The motion is granted to the extent that the Court has received Plaintiff's filing and docketed his filing. If Plaintiff is seeking any other relief with that motion, it is denied at this time.

The Court denies without prejudice the motion to clarify (ECF No. 20). It is unclear to the Court what Plaintiff is seeking in this motion, i.e., is Plaintiff amending his motion for injunctive relief, is he raising another legal claim, etc.? If Plaintiff is seeking to file another motion for injunctive relief or is raising another legal claim, he cannot do so through a motion to clarify.

It is therefore ordered that the motion to accept mail-in exhibits (ECF No. 16) is denied in part and granted in part.

It is further ordered that the motion to clarify (ECF No. 20) is denied without prejudice.

DATED: May 20, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1