**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE JACKSON, | Case No. 3:25-CV-00066-ART-CLB |
| Plaintiff, | **ORDER** |
| v. | [ECF Nos. 12, 15] |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Willie Jackson, ("Jackson") who is incarcerated in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint under 42 U.S.C. § 1983, (ECF No. 7), and two "emergency" motions, (ECF Nos. 12, 15). The "emergency" motions raise issues about Defendant Kirkland allegedly tampering and poisoning Jackson's meals in March 2025 causing Jackson to become ill. (*See generally* ECF Nos. 12, 15).

The Court screened Jackson's civil rights complaint under 28 U.S.C. § 1915A and allowed Jackson to proceed on the following claims: (1) Eighth Amendment violations for unsafe prison conditions and violations of Article I, § 6 of the Nevada Constitution against Defendants Dzurenda, Royal, Hernandez, Kirkland, Lt. Roman, Underwood, Hayman, Stephanie Roman, and Drummond; (2) First Amendment mail violations against Doe mail supervisor; (3) Eighth Amendment conditions of confinement and violations of Article I, § 6 of the Nevada Constitution, will proceed as follows against: (a) Royal, Lt. Roman, Hernandez, Kirkland, and John Doe #4 when Plaintiff learns his identity for sanitation issues; and (b) Hernandez, Lt. Roman, and Dzurenda for outdoor yard access; and (4) solitary confinement challenge under the Eighth Amendment and Article I, § 6 of the Nevada Constitution, will proceed against Defendants Royal, Dzurenda, Lt. Roman, and John Doe. (ECF No. 21.) Several other claims and defendants were dismissed. (*See id.*) The Court also noted that the two emergency motions would be addressed in a separate

order. (*Id.* at 21, 23.)

Accordingly, **IT IS ORDERED** that the NDOC shall respond to the "emergency" motions, (ECF Nos. 12, 15), by no later than **August 18, 2025**. Jackson will have 14 days after service of a response to file his reply. The Court will resolve the motion in the ordinary course and not on an emergency basis.

**IT IS FURTHER ORDERED** that the 90-day stay remains in place, and until the Court lifts the stay, <u>no other pleadings or papers may be filed in this case</u>, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

**IT IS SO ORDERED.**

**DATED**: July 18, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**